UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QAHIR BAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C15-90-RBL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall: 1) allow plaintiff to submit additional evidence and arguments; 2) hold a de novo hearing and issue a new decision; 3) reevaluate the medical opinion evidence, particularly the opinions of Raymond West, M.D., Gary L. Nelson, Ph.D., and Leslie Postovoit, Ph.D., in accordance with 20 C.F.R §§ 404.1527, 416.927, explaining the

weight given and providing legally sufficient reasons for any medical opinion that is rejected; 4) reassess plaintiff's residual functional capacity; 5) continue with the sequential evaluation process, and determine plaintiff's ability to perform other work, obtaining vocational expert testimony; and 6) take any other actions necessary to develop the record.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Robert B. Leighton immediately approve this Report and Recommendation. The Clerk should note the matter for **July 2, 2015** as ready for Judge Leighton's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of July, 2015.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge